**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SZYMANSKI, GEORGE E | § Case No. 14-81308-TML |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/12/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/16/2015         By:  /s/JAMES E. STEVENS
                                                                                                                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SZYMANSKI, GEORGE E § Case No. 14-81308-TML
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 27,127.00 |
| and approved disbursements of | $ 16,666.61 |
| leaving a balance on hand of [1] | $ 10,460.39 |
| **Balance on hand:** | $ 10,460.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Department of the Treasury | 15,617.41 | 15,617.41 | 15,617.41 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,460.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 3,462.70 | 0.00 | 3,462.70 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,083.00 | 0.00 | 1,083.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,545.70 |
| Remaining balance: | $ 5,914.69 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,914.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $741.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 741.25 | 741.25 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,914.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,721.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 99.43 | 0.00 | 39.95 |
| 2 | Quantum3 Group LLC as agent for | 13,218.48 | 0.00 | 5,310.70 |
| 3 | Quantum3 Group LLC as agent for | 1,206.54 | 0.00 | 484.74 |
| 4 | CENTEGRA HOME HEALTH CARE | 197.38 | 0.00 | 79.30 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,914.69 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

Prepared By:   /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 14-81308-TML
George E Szymanski                                                      Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett               Page 1 of 2                  Date Rcvd: Jul 17, 2015
                              Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2015.
db            +George E Szymanski,    606 2ND ST,    Harvard, IL 60033-2306
21848084      +Anesthesia Associates of Crystal Valley,    Bankruptcy Dept.,    4309 W Medical Center Dr.,
                Mc Henry,IL 60050-8408
21848075      +Aurora Health Care,    C/O Tri-State Adjustments Brookfield,    20720 Watertown Rd. Suite 108,
                Waukesha,WI 53186-1823
21848100      +Blatt, Hasenmiller, Leibsker,     Bankruptcy Dept.,   125 S. Wacker Dr. Suite 400,
                Chicago,IL 60606-4440
21848081      +Bronson & Miglia,    Bankruptcy Dept.,   799 Roosevelt Rd,    BLD 6 Suite 136A,
                Glen Ellyn,IL 60137-5908
21848079      +Capital One Bank,    Bankruptcy Dept.,   PO Box 60024,    City Of Industry,CA 91716-0024
21848082      +Centegra Home Health,    Bankruptcy Dept.,   213 N Front Street Suite 2,    McHenry,IL 60050-5534
21848074      +Citibank,   Bankruptcy Dept.,    701 E. 60th St., North,    Sioux Falls,SD 57104-0432
21848070      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21848071      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21848085      +Hollander Law LLC,    Bankruptcy Dept.,   PO Box 15130,    Atlanta,GA 30333-0130
21848063      +McHenry County Clerk,    09 SC 1222,   2200 N. Seminary Ave.,    Woodstock,IL 60098-2637
21848096      +McHenry County Clerk,    2008 SC 1444,   2200 N. Seminary Ave.,    Woodstock,IL 60098-2637
21848099      +McHenry County Clerk,    2009 SC 238,   2200 N. Seminary Ave.,    Woodstock,IL 60098-2637
21848077      +Northland Neurology,    PO Box 358,   Williams Bay,WI 53191-0358
21848078     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,      Bankruptcy Department,
                PO Box 12914,    Norfolk,VA 23541)
21848076      +Target National Bank,    C/O RJM Acquisitions,   575 Underhill Blvd. Suite 224,
                Syosset,NY 11791-3416
21848072      +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21848080      +US Cellular,    C/O Portfolio Recovery Associates, LLC,    PO BOX 12914,    Norfolk,VA 23541-0914
21848095      +Unifund CCR Partners,    Bankruptcy Department,   10625 Techwoods Circle,
                Cincinnati,OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21848066       E-mail/Text: ebn@americollect.com Jul 18 2015 00:39:47       Americollect INC,
                Attn: Bankruptcy Dept.,    1851 S Alverno Rd,   Manitowoc,WI 54220
21848083      +E-mail/Text: www@arthuradler.com Jul 18 2015 00:39:49       Arthur B. Adler & Associates,
                Bankruptcy Dept.,    25 E. Washington St., Ste. 500,    Chicago,IL 60602-1703
21848062      +E-mail/Text: mmeyers@blittandgaines.com Jul 18 2015 00:40:38       Blitt & Gaines,
                Attn: Bankruptcy Dept.,    661 Glenn Ave,   Wheeling,IL 60090-6017
21848097      +E-mail/Text: mmeyers@blittandgaines.com Jul 18 2015 00:40:38       Blitt and Gaines, PC,
                Bankruptcy Dept.,    661 Glenn Ave.,   Wheeling,IL 60090-6017
22213182      +E-mail/Text: bankruptcy@hraccounts.com Jul 18 2015 00:38:48       CENTEGRA HOME HEALTH CARE,
                C/O H AND R ACCOUNTS INC,    PO BOX 7,   MOLINE, IL 61266-0672
21848086      +E-mail/Text: cms-bk@cms-collect.com Jul 18 2015 00:39:06       Capital Management Services,
                Bankruptcy Department,    726 Exchange St., Ste. 700,    Buffalo,NY 14210-1464
21848087       E-mail/Text: cio.bncmail@irs.gov Jul 18 2015 00:39:02       Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA  19101-7346
21848073      +E-mail/Text: cms-bk@cms-collect.com Jul 18 2015 00:39:06       Galaxy Portfolios, LLC,
                C/O Capital Management Services,    726 Exchange Street, Suite 700,    Buffalo,NY 14210-1464
21848065      +E-mail/Text: bankruptcy@hraccounts.com Jul 18 2015 00:38:48       H & R Accounts INC,
                Attn: Bankruptcy Dept.,    7017 John Deere Pkwy,   Moline,IL 61265-8072
21848061      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2015 00:39:26       Midland Funding, LLC,
                Bankruptcy Department,    8875 Aero Drive, # 200,   San Diego,CA 92123-2255
22135270       E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2015 00:39:19
                Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                Kirkland, WA  98083-0788
22135269       E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2015 00:39:19
                Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21848067*    ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect INC,     Attn: Bankruptcy Dept.,    1851 S Alverno Rd,
                Manitowoc,WI 54220)
21848068*    ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect INC,     Attn: Bankruptcy Dept.,    1851 S Alverno Rd,
                Manitowoc,WI 54220)
21848069*    ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
              (address filed with court: Americollect INC,     Attn: Bankruptcy Dept.,    1851 S Alverno Rd,
                Manitowoc,WI 54220)
21848088*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
21848089*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
21848090*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
21848091*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
21848092*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
21848093*     +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,    Philadelphia,PA 19101-7346
```

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Jul 17, 2015
                              Form ID: pdf006             Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
21848094*      +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
21848098*      +Unifund CCR Partners,    Bankruptcy Department,    10625 Techwoods Circle,
                 Cincinnati,OH 45242-2846
21848064     ##+Tri-State Adjustments,    Attn: Bankruptcy Dept.,    20720 Watertown Rd,    Waukesha,WI 53186-1823
                                                                                         TOTALS: 0, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
              James E Stevens     on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens     jimstevens@bslbv.com, IL48@ecfcbis.com
              Jason K Nielson     on behalf of Debtor George E Szymanski ndil@geracilaw.com
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```