# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: SZYMANSKI, GEORGE E | §  Case No.  14-81308 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $7,550.00  
*(without deducting any secured claims)*

Assets Exempt:  $17,250.00

Total Distribution to Claimants: $22,273.35

Claims Discharged
Without Payment:  $59,647.14

Total Expenses of Administration: $4,853.65

3)  Total gross receipts of $      27,127.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of  $27,127.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $18,793.00 | $15,617.41 | $15,617.41 | $15,617.41 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,853.65 | 4,853.65 | 4,853.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 788.00 | 741.25 | 741.25 | 741.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,037.00 | 14,721.83 | 14,721.83 | 5,914.69 |
| **TOTAL DISBURSEMENTS** | $70,618.00 | $35,934.14 | $35,934.14 | $27,127.00 |

4)   This case was originally filed under Chapter 7 on April 25, 2014. The case was pending for 18 months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/04/2015                    By:  /s/JAMES E. STEVENS
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account with Castle Bank | 1129-000 | 27,127.00 |
| **TOTAL GROSS RECEIPTS** | | $27,127.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Department of the Treasury | 4300-000 | N/A | 15,617.41 | 15,617.41 | 15,617.41 |
| NOTFILED | 3 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 1,397.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 3,262.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 1,915.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 3,631.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 4,616.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 2,977.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 IRS Priority Debt Bankruptcy Dept. | 4110-000 | 995.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $18,793.00 | $15,617.41 | $15,617.41 | $15,617.41 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,462.70 | 3,462.70 | 3,462.70 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,083.00 | 1,083.00 | 1,083.00 |
| Rabobank, N.A. | 2600-000 | N/A | 28.61 | 28.61 | 28.61 |
| Rabobank, N.A. | 2600-000 | N/A | 42.87 | 42.87 | 42.87 |
| Rabobank, N.A. | 2600-000 | N/A | 37.61 | 37.61 | 37.61 |
| Rabobank, N.A. | 2600-000 | N/A | 41.44 | 41.44 | 41.44 |
| Rabobank, N.A. | 2600-000 | N/A | 40.09 | 40.09 | 40.09 |
| Rabobank, N.A. | 2600-000 | N/A | 34.86 | 34.86 | 34.86 |
| Rabobank, N.A. | 2600-000 | N/A | 43.85 | 43.85 | 43.85 |
| Rabobank, N.A. | 2600-000 | N/A | 38.62 | 38.62 | 38.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,853.65 | $4,853.65 | $4,853.65 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | 788.00 | 741.25 | 741.25 | 741.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $788.00 | $741.25 | $741.25 | $741.25 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 99.43 | 99.43 | 39.95 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 13,218.48 | 13,218.48 | 5,310.70 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,206.54 | 1,206.54 | 484.74 |
| 4 | CENTEGRA HOME HEALTH CARE | 7100-000 | 197.00 | 197.38 | 197.38 | 79.30 |
| NOTFILED | 17 Northland Neurology | 7100-000 | 6,452.00 | N/A | N/A | 0.00 |
| NOTFILED | 16 Midland Funding, LLC Bankruptcy Department | 7100-000 | 2,055.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Hollander Law LLC Bankruptcy Dept. | 7100-000 | 2,710.00 | N/A | N/A | 0.00 |
| NOTFILED | 13 Galaxy Portfolios, LLC | 7100-000 | 603.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 H & R Accounts INC | 7100-000 | 197.00 | N/A | N/A | 0.00 |
| NOTFILED | 18 Portfolio Recovery Associates Bankruptcy | 7100-000 | 5,813.00 | N/A | N/A | 0.00 |
| NOTFILED | 20 Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 23 Unifund CCR Partners Bankruptcy Department | 7100-000 | 3,883.00 | N/A | N/A | 0.00 |
| NOTFILED | 21 Tri-State Adjustments | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | 24 US Cellular | 7100-000 | 454.00 | N/A | N/A | 0.00 |
| NOTFILED | 19 Target National Bank C/O RJM Acquisitions | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | 22 Unifund CCR Partners Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 Americollect INC | 7100-000 | 167.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Americollect INC | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 Americollect INC | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Americollect INC | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Bronson & Miglia Bankruptcy Dept. | 7100-000 | 8,195.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Capital Management Services Bankruptcy | 7100-000 | 11,650.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 Arthur B. Adler & Associates Bankruptcy Dept. | 7100-000 | 3,113.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Aurora Health Care CIO Tri-State Adjustments | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | 11 Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Anesthesia Associates of Crystal Valley Bankruptcy | 7100-000 | 119.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,037.00 | $14,721.83 | $14,721.83 | $5,914.69 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-81308 | **Trustee:** (330420)   JAMES E. STEVENS |
| **Case Name:** SZYMANSKI, GEORGE E | **Filed (f) or Converted (c):** 04/25/14 (f) |
| | **§341(a) Meeting Date:** 06/02/14 |
| **Period Ending:** 11/04/15 | **Claims Bar Date:** 09/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   Debit Card for Social Security income | 600.00 | 0.00 | | 0.00 | FA |
| 2   checking account with Castle Bank  (See Footnote) | 30,077.00 | 27,127.00 | | 27,127.00 | FA |
| 3   Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 750.00 | | 0.00 | FA |
| 4   Books, CD's, DVD's, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 5   Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 6   Watch | 50.00 | 0.00 | | 0.00 | FA |
| 7   Flintlock gun | 300.00 | 0.00 | | 0.00 | FA |
| 8   Pension w/ Employer/Former Employer - 100% Exemp | Unknown | Unknown | | 0.00 | FA |
| 9   IRA - 100% Exempt. | 5,000.00 | 0.00 | | 0.00 | FA |
| 10   Potential Medical Malpractice suit against Mercy | Unknown | Unknown | | 0.00 | FA |
| 11   Asset Entered in Error - Inheritance | 0.00 | 0.00 | | 0.00 | FA |
| **11   Assets   Totals** (Excluding unknown values) | **$37,627.00** | **$27,877.00** | | **$27,127.00** | **$0.00** |

RE PROP# 2       These monies were sent to us regarding receipt of an unscheduled inheritance which the debtor had
                          deposited into his checking account.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**       December 31, 2014          **Current Projected Date Of Final Report (TFR):**       May 1, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-81308

**Case Name:** SZYMANSKI, GEORGE E

**Taxpayer ID #:** **-***4008

**Period Ending:** 11/04/15

**Trustee:** JAMES E. STEVENS (330420)

**Bank Name:** Rabobank, N.A.

**Account:** ******7966 - Checking Account

**Blanket Bond:** $780,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/14 | {2} | George E. Szymanski | inheritance | 1129-000 | 27,127.00 | | 27,127.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.61 | 27,098.39 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.87 | 27,055.52 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.61 | 27,017.91 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.44 | 26,976.47 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.09 | 26,936.38 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.86 | 26,901.52 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.85 | 26,857.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.62 | 26,819.05 |
| 03/03/15 | 101 | Department of the Treasury | payment per Order of 3/3/15 | 4300-000 | | 15,617.41 | 11,201.64 |
| 03/03/15 | 102 | Department of the Treasury | payment per Order of 3/3/15 | 5800-000 | | 741.25 | 10,460.39 |
| 08/13/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,083.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,083.00 | 9,377.39 |
| 08/13/15 | 104 | JAMES E. STEVENS | Dividend paid 100.00% on $3,462.70, Trustee Compensation;  Reference: | 2100-000 | | 3,462.70 | 5,914.69 |
| 08/13/15 | 105 | Department of the Treasury | Dividend paid  40.17% on $99.43; Claim# 1U; Filed: $99.43; Reference: | 7100-000 | | 39.95 | 5,874.74 |
| 08/13/15 | 106 | Quantum3 Group LLC as agent for | Dividend paid  40.17% on $13,218.48; Claim# 2; Filed: $13,218.48; Reference: | 7100-000 | | 5,310.70 | 564.04 |
| 08/13/15 | 107 | Quantum3 Group LLC as agent for | Dividend paid  40.17% on $1,206.54; Claim# 3; Filed: $1,206.54; Reference: | 7100-000 | | 484.74 | 79.30 |
| 08/13/15 | 108 | CENTEGRA HOME HEALTH CARE | Dividend paid  40.17% on $197.38; Claim# 4; Filed: $197.38; Reference: | 7100-000 | | 79.30 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 27,127.00 | 27,127.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 27,127.00 | 27,127.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$27,127.00** | **$27,127.00** |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-81308 |
|---|---|
| Case Name: | SZYMANSKI, GEORGE E |
| Taxpayer ID #: | **-***4008 |
| Period Ending: | 11/04/15 |

| Trustee: | JAMES E. STEVENS (330420) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******7966 - Checking Account |
| Blanket Bond: | $780,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******7966 | 27,127.00 | 27,127.00 | 0.00 |
| | $27,127.00 | $27,127.00 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2015 03:21 PM    V.13.25